DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEAN L. CESAR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2101

[October 17, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case Nos. 50-2012-CF-013421-AXXX-MB and 50-2019-CA-002817-AXXXX-MB.

Jean L. Cesar, Lowell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***